Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

_____

Case No.:  22−10513−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Richard Salek                                    Michelle Salek
8 Cumana Street                                  8 Cumana Street
Toms River, NJ 08757                             Toms River, NJ 08757

Social Security No.:
xxx−xx−2074                                       xxx−xx−1408

Employer's Tax I.D. No.:

_____

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on January 23, 2022 and a confirmation hearing on such Plan has been scheduled for April 13, 2022.

The debtor filed a Modified Plan on April 12, 2022 and a confirmation hearing on the Modified Plan is scheduled for May 25, 2022 @ 10:00 am. Accordingly, notice is hereby given that,

1.   Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day
     for filing a written rejection to the modified plan.

2.   Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
     of a secured claim, such holder's acceptance or rejection of the Plan before modification will
     be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
     holder's acceptance or rejection of the Plan within the time fixed.

3.   The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing.
     Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear
     arguments in support of the original plan on the scheduled Confirmation date, consider the
     reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss
     or convert the case, or take any other action on the original plan deemed appropriate.

     A full copy of the modified Plan will follow this notice.

Dated: April 12, 2022
JAN: wdr

                                                 Jeanne Naughton
                                                 Clerk

United States Bankruptcy Court

District of New Jersey

In re:

Richard Salek

Michelle Salek

    Debtors

Case No. 22-10513-MBK

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3

Date Rcvd: Apr 12, 2022

User: admin

Form ID: 186

Page 1 of 3

Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Richard Salek, Michelle Salek, 8 Cumana Street, Toms River, NJ 08757-4241 |
| 519489820 | + | Amica, PO Box 6700, Providence, RI 02940-6700 |
| 519489821 | + | Berkely Township Tax Collector, PO Box B, 627 Pinewald-Kewswick Road, Bayville, NJ 08721-2778 |
| 519489827 | + | Equifax, Attn: Bankruptcy Dept., P.O. Box 740241, Atlanta, GA 30374-0241 |
| 519489828 | + | Experian, Attn: Bankruptcy Dept., P.O. Box 2002, Allen, TX 75013-2002 |
| 519489834 | + | IRS, Attorney General of US, US DOJ, 950 Pennsylvania Avenue, NW, Washington, DC 20503-0001 |
| 519489832 | + | Infinity, PO Box 5052, Sioux Falls, SD 57117-5052 |
| 519489836 | + | JCP/SYNCB, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 519489837 | + | Macy's, 151 W 34th Street, New York, NY 10001-2101 |
| 519489840 | | PNC Auto, PO Box 7477006, Pittsburgh, PA 15274 |
| 519489841 | + | PNC Mortgage, PO Box 31001, Pasadena, CA 91110-0001 |
| 519489842 | + | Priceline, 965035, Orlando, FL 32896-0001 |
| 519489844 | + | TD Bank, NA, 2035 Limestone Road, Wilmington, DE 19808-5529 |
| 519489845 | | Transunion, Attn: Bankruptcy Dept., P.O. Box 1000, Crum Lynne, PA 19022 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 12 2022 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 12 2022 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519489819 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 12 2022 20:31:09 | Amazon/SYNCB, P.O. Box 965015, Orlando, FL 32896-5015 |
| 519489822 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 12 2022 20:31:12 | Capital One, 1500 Capital One Drive, Henrico, VA 23238 |
| 519532401 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 12 2022 20:31:13 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519489825 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 12 2022 20:29:00 | Comenity, PO Box 183003, Columbus, OH 43218-3003 |
| 519489826 | | Email/Text: mrdiscen@discover.com | Apr 12 2022 20:29:00 | Discover, PO Box 15316, Wilmington, DE 19850 |
| 519532220 | | Email/Text: bnc-quantum@quantum3group.com | Apr 12 2022 20:29:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 519497583 | | Email/Text: mrdiscen@discover.com | Apr 12 2022 20:29:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 519489829 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 12 2022 20:29:00 | Fortiva, PO Box 105555, Atlanta, GA 30348-5555 |
| 519489830 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 12 2022 20:31:13 | Gap, 2 Folsom Street, San Francisco, CA |

District/off: 0312-3        User: admin        Page 2 of 3

Date Rcvd: Apr 12, 2022        Form ID: 186        Total Noticed: 42

|  |  |  |  |
|---|---|---|---|
|  |  |  | 94105-1205 |
| 519489831 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 12 2022 20:41:30 | Home Depot, PO Box 790328, Saint Louis, MO 63179-0328 |
| 519489833 | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 12 2022 20:29:00 | IRS, PO Box 7317, Philadelphia, PA 19101-7317 |
| 519489835 | + Email/Text: usanj.njbankr@usdoj.gov | Apr 12 2022 20:29:00 | IRS in c/o US Attorney, Peter Rodino Building, 970 Broad Street, Suite 700, Newark, NJ 07102-2534 |
| 519528340 | + Email/Text: PBNCNotifications@peritusservices.com | Apr 12 2022 20:29:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519525409 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 12 2022 20:41:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519522242 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 12 2022 20:29:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519520496 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 12 2022 20:29:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 519547926 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 12 2022 20:29:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 519531353 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 12 2022 20:31:13 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 519547999 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 12 2022 20:31:09 | Portfolio Recovery Associates, LLC, c/o Icon Health And Fitness, POB 41067, Norfolk VA 23541 |
| 519540407 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 12 2022 20:31:13 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519489838 | + Email/PDF: gecsedi@recoverycorp.com | Apr 12 2022 20:31:13 | PayPal, PO Box 105658, Atlanta, GA 30348-5658 |
| 519539474 | Email/Text: bnc-quantum@quantum3group.com | Apr 12 2022 20:29:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519539473 | Email/Text: bnc-quantum@quantum3group.com | Apr 12 2022 20:29:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519532700 | + Email/PDF: gecsedi@recoverycorp.com | Apr 12 2022 20:41:24 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519489843 | + Email/PDF: gecsedi@recoverycorp.com | Apr 12 2022 20:41:24 | Synchrony Bank, 170 Election Rd, Suite 150, Draper, UT 84020-6425 |
| 519490741 | + Email/PDF: gecsedi@recoverycorp.com | Apr 12 2022 20:31:09 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519489824 | * | Capital One, 1500 Capital One Drive, Henrico, VA 23238 |
| 519489823 | * | Capital One, 1500 Capital One Drive, Henrico, VA 23238 |
| 519489839 | *+ | PayPal, PO Box 105658, Atlanta, GA 30348-5658 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 14, 2022                          Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Andrew M. Carroll | on behalf of Joint Debtor Michelle Salek AndrewCarrollEsq@gmail.com  SouthJerseyBankruptcy@gmail.com |
| Andrew M. Carroll | on behalf of Debtor Richard Salek AndrewCarrollEsq@gmail.com  SouthJerseyBankruptcy@gmail.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6