Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−10513−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Richard Salek
8 Cumana Street
Toms River, NJ 08757

Michelle Salek
8 Cumana Street
Toms River, NJ 08757

Social Security No.:
xxx−xx−2074

xxx−xx−1408

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:          6/8/22
Time:          10:00 AM
Location:      Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: May 4, 2022
JAN: wdr

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Richard Salek  
Michelle Salek  
    Debtors

Case No. 22-10513-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 04, 2022 | Form ID: 132 | Total Noticed: 42 |

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard Salek, Michelle Salek, 8 Cumana Street, Toms River, NJ 08757-4241 |
| 519489820 | + | Amica, PO Box 6700, Providence, RI 02940-6700 |
| 519489821 | + | Berkely Township Tax Collector, PO Box B, 627 Pinewald-Kewswick Road, Bayville, NJ 08721-2778 |
| 519489827 | + | Equifax, Attn: Bankruptcy Dept., P.O. Box 740241, Atlanta, GA 30374-0241 |
| 519489828 | + | Experian, Attn: Bankruptcy Dept., P.O. Box 2002, Allen, TX 75013-2002 |
| 519489834 | + | IRS, Attorney General of US, US DOJ, 950 Pennsylvania Avenue, NW, Washington, DC 20503-0001 |
| 519489832 | + | Infinity, PO Box 5052, Sioux Falls, SD 57117-5052 |
| 519489836 | + | JCP/SYNCB, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 519489837 | + | Macy's, 151 W 34th Street, New York, NY 10001-2101 |
| 519489840 | | PNC Auto, PO Box 7477006, Pittsburgh, PA 15274 |
| 519489841 | + | PNC Mortgage, PO Box 31001, Pasadena, CA 91110-0001 |
| 519489842 | + | Priceline, 965035, Orlando, FL 32896-0001 |
| 519489844 | + | TD Bank, NA, 2035 Limestone Road, Wilmington, DE 19808-5529 |
| 519489845 | | Transunion, Attn: Bankruptcy Dept., P.O. Box 1000, Crum Lynne, PA 19022 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 04 2022 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 04 2022 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519489819 | + | Email/PDF: gecsedi@recoverycorp.com | May 04 2022 20:40:29 | Amazon/SYNCB, P.O. Box 965015, Orlando, FL 32896-5015 |
| 519489822 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 04 2022 20:40:34 | Capital One, 1500 Capital One Drive, Henrico, VA 23238 |
| 519532401 | + | Email/PDF: ebn_ais@aisinfo.com | May 04 2022 20:40:38 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519489825 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 04 2022 20:35:00 | Comenity, PO Box 183003, Columbus, OH 43218-3003 |
| 519489826 | | Email/Text: mrdiscen@discover.com | May 04 2022 20:34:00 | Discover, PO Box 15316, Wilmington, DE 19850 |
| 519532220 | | Email/Text: bnc-quantum@quantum3group.com | May 04 2022 20:35:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 519497583 | | Email/Text: mrdiscen@discover.com | May 04 2022 20:34:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 519489827 | ^ | MEBN | May 04 2022 20:32:03 | Equifax, Attn: Bankruptcy Dept., P.O. Box |

Case 22-10513-MBK    Doc 35    Filed 05/06/22    Entered 05/07/22 00:14:50    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 04, 2022 | Form ID: 132 | Total Noticed: 42 |

| Recip ID | Bypass/Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| | | | 740241, Atlanta, GA 30374-0241 |
| 519489828 | ^ MEBN | May 04 2022 20:31:35 | Experian, Attn: Bankruptcy Dept., P.O. Box 2002, Allen, TX 75013-2002 |
| 519489829 | + Email/Text: Atlanticus@ebn.phinsolutions.com | May 04 2022 20:34:00 | Fortiva, PO Box 105555, Atlanta, GA 30348-5555 |
| 519489830 | + Email/PDF: gecsedi@recoverycorp.com | May 04 2022 20:40:35 | Gap, 2 Folsom Street, San Francisco, CA 94105-1205 |
| 519489831 | + Email/PDF: Citi.BNC.Correspondence@citi.com | May 04 2022 20:40:32 | Home Depot, PO Box 790328, Saint Louis, MO 63179-0328 |
| 519489833 | Email/Text: sbse.cio.bnc.mail@irs.gov | May 04 2022 20:35:00 | IRS, PO Box 7317, Philadelphia, PA 19101-7317 |
| 519489835 | + Email/Text: usanj.njbankr@usdoj.gov | May 04 2022 20:35:00 | IRS in c/o US Attorney, Peter Rodino Building, 970 Broad Street, Suite 700, Newark, NJ 07102-2534 |
| 519528340 | + Email/Text: PBNCNotifications@peritusservices.com | May 04 2022 20:34:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519525409 | Email/PDF: resurgentbknotifications@resurgent.com | May 04 2022 20:40:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519522242 | + Email/Text: bankruptcydpt@mcmcg.com | May 04 2022 20:35:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519520496 | Email/Text: Bankruptcy.Notices@pnc.com | May 04 2022 20:34:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 519547926 | Email/Text: Bankruptcy.Notices@pnc.com | May 04 2022 20:34:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 519531353 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 04 2022 20:40:31 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 519547999 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 04 2022 20:40:42 | Portfolio Recovery Associates, LLC, c/o Icon Health And Fitness, POB 41067, Norfolk VA 23541 |
| 519540407 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 04 2022 20:40:37 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519489838 | + Email/PDF: gecsedi@recoverycorp.com | May 04 2022 20:40:29 | PayPal, PO Box 105658, Atlanta, GA 30348-5658 |
| 519539474 | Email/Text: bnc-quantum@quantum3group.com | May 04 2022 20:35:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519539473 | Email/Text: bnc-quantum@quantum3group.com | May 04 2022 20:35:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519532700 | + Email/PDF: gecsedi@recoverycorp.com | May 04 2022 20:40:36 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519489843 | + Email/PDF: gecsedi@recoverycorp.com | May 04 2022 20:40:35 | Synchrony Bank, 170 Election Rd, Suite 150, Draper, UT 84020-6425 |
| 519490741 | + Email/PDF: gecsedi@recoverycorp.com | May 04 2022 20:40:36 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519489845 | ^ MEBN | May 04 2022 20:32:28 | Transunion, Attn: Bankruptcy Dept., P.O. Box 1000, Crum Lynne, PA 19022 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**     **Bypass Reason   Name and Address**

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: May 04, 2022 | Form ID: 132 | Total Noticed: 42

| | | |
|---|---|---|
| 519489824 | * | Capital One, 1500 Capital One Drive, Henrico, VA 23238 |
| 519489823 | * | Capital One, 1500 Capital One Drive, Henrico, VA 23238 |
| 519489839 | *+ | PayPal, PO Box 105658, Atlanta, GA 30348-5658 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Andrew M. Carroll | on behalf of Joint Debtor Michelle Salek AndrewCarrollEsq@gmail.com SouthJerseyBankruptcy@gmail.com |
| Andrew M. Carroll | on behalf of Debtor Richard Salek AndrewCarrollEsq@gmail.com SouthJerseyBankruptcy@gmail.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6