Case 22-10513-MBK    Doc 37    Filed 07/21/22    Entered 07/21/22 09:53:16    Desc Main
Document    Page 1 of 1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Hearing Date: _____

Judge: _____

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☐ Withdrawn

Matter: _____

_____

Date: _____        _____

Signature

*rev.8/1/15*