Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  22−10513−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Richard Salek
8 Cumana Street
Toms River, NJ 08757

Michelle Salek
8 Cumana Street
Toms River, NJ 08757

Social Security No.:
xxx−xx−2074

xxx−xx−1408

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 29, 2022.

Dated: August 29, 2022
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                     Case No. 22-10513-MBK

Richard Salek                                                                                       Chapter 13

Michelle Salek

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3
Date Rcvd: Aug 29, 2022      Form ID: plncf13      Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard Salek, Michelle Salek, 8 Cumana Street, Toms River, NJ 08757-4241 |
| 519489820 | + | Amica, PO Box 6700, Providence, RI 02940-6700 |
| 519489821 | + | Berkely Township Tax Collector, PO Box B, 627 Pinewald-Kewswick Road, Bayville, NJ 08721-2778 |
| 519489834 | + | IRS, Attorney General of US, US DOJ, 950 Pennsylvania Avenue, NW, Washington, DC 20503-0001 |
| 519489832 | + | Infinity, PO Box 5052, Sioux Falls, SD 57117-5052 |
| 519489836 | + | JCP/SYNCB, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 519489837 | + | Macy's, 151 W 34th Street, New York, NY 10001-2101 |
| 519489840 | | PNC Auto, PO Box 7477006, Pittsburgh, PA 15274 |
| 519489841 | + | PNC Mortgage, PO Box 31001, Pasadena, CA 91110-0001 |
| 519489842 | + | Priceline, 965035, Orlando, FL 32896-0001 |
| 519489844 | + | TD Bank, NA, 2035 Limestone Road, Wilmington, DE 19808-5529 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 29 2022 20:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 29 2022 20:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519489819 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 29 2022 20:42:34 | Amazon/SYNCB, P.O. Box 965015, Orlando, FL 32896-5015 |
| 519489822 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 29 2022 20:42:40 | Capital One, 1500 Capital One Drive, Henrico, VA 23238 |
| 519532401 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 29 2022 20:42:37 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519489825 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 29 2022 20:33:00 | Comenity, PO Box 183003, Columbus, OH 43218-3003 |
| 519489826 | | Email/Text: mrdiscen@discover.com | Aug 29 2022 20:32:00 | Discover, PO Box 15316, Wilmington, DE 19850 |
| 519532220 | | Email/Text: bnc-quantum@quantum3group.com | Aug 29 2022 20:33:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 519497583 | | Email/Text: mrdiscen@discover.com | Aug 29 2022 20:32:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 519489827 | ^ | MEBN | Aug 29 2022 20:29:08 | Equifax, Attn: Bankruptcy Dept., P.O. Box 740241, Atlanta, GA 30374-0241 |
| 519489828 | ^ | MEBN | Aug 29 2022 20:29:26 | Experian, Attn: Bankruptcy Dept., P.O. Box 2002, Allen, TX 75013-2002 |

Case 22-10513-MBK    Doc 46    Filed 08/31/22    Entered 09/01/22 00:12:47    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 29, 2022 | Form ID: plncf13 | Total Noticed: 43 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519489829 | + | Email/Text: Atlanticus@ebn.phinsolutions.com Aug 29 2022 20:32:00 | | Fortiva, PO Box 105555, Atlanta, GA 30348-5555 |
| 519489830 | + | Email/PDF: gecsedi@recoverycorp.com Aug 29 2022 20:42:28 | | Gap, 2 Folsom Street, San Francisco, CA 94105-1205 |
| 519489831 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Aug 29 2022 20:42:29 | | Home Depot, PO Box 790328, Saint Louis, MO 63179-0328 |
| 519489833 | | Email/Text: sbse.cio.bnc.mail@irs.gov Aug 29 2022 20:32:00 | | IRS, PO Box 7317, Philadelphia, PA 19101-7317 |
| 519489835 | + | Email/Text: usanj.njbankr@usdoj.gov Aug 29 2022 20:33:00 | | IRS in c/o US Attorney, Peter Rodino Building, 970 Broad Street, Suite 700, Newark, NJ 07102-2534 |
| 519528340 | + | Email/Text: PBNCNotifications@peritusservices.com Aug 29 2022 20:32:00 | | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519525409 | | Email/PDF: resurgentbknotifications@resurgent.com Aug 29 2022 20:42:34 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519522242 | + | Email/Text: bankruptcydpt@mcmcg.com Aug 29 2022 20:33:00 | | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519520496 | | Email/Text: Bankruptcy.Notices@pnc.com Aug 29 2022 20:32:00 | | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 519547926 | | Email/Text: Bankruptcy.Notices@pnc.com Aug 29 2022 20:32:00 | | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 519531353 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2022 20:42:34 | | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 519547999 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2022 20:42:28 | | Portfolio Recovery Associates, LLC, c/o Icon Health And Fitness, POB 41067, Norfolk VA 23541 |
| 519689091 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2022 20:42:34 | | Portfolio Recovery Associates, LLC, c/o PRICELINE, POB 41067, Norfolk, VA 23541 |
| 519540407 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2022 20:42:41 | | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519489838 | + | Email/PDF: gecsedi@recoverycorp.com Aug 29 2022 20:42:41 | | PayPal, PO Box 105658, Atlanta, GA 30348-5658 |
| 519539474 | | Email/Text: bnc-quantum@quantum3group.com Aug 29 2022 20:33:00 | | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519539473 | | Email/Text: bnc-quantum@quantum3group.com Aug 29 2022 20:33:00 | | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519532700 | + | Email/PDF: gecsedi@recoverycorp.com Aug 29 2022 20:42:34 | | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519489843 | + | Email/PDF: gecsedi@recoverycorp.com Aug 29 2022 20:42:28 | | Synchrony Bank, 170 Election Rd, Suite 150, Draper, UT 84020-6425 |
| 519490741 | + | Email/PDF: gecsedi@recoverycorp.com Aug 29 2022 20:42:28 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519489845 | ^ | MEBN Aug 29 2022 20:28:44 | | Transunion, Attn: Bankruptcy Dept., P.O. Box 1000, Crum Lynne, PA 19022 |

TOTAL: 32

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519489824 | * | Capital One, 1500 Capital One Drive, Henrico, VA 23238 |

| | | |
|---|---|---|
| 519489823 | * | Capital One, 1500 Capital One Drive, Henrico, VA 23238 |
| 519489839 | *+ | PayPal, PO Box 105658, Atlanta, GA 30348-5658 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2022         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Andrew M. Carroll | on behalf of Joint Debtor Michelle Salek AndrewCarrollEsq@gmail.com  SouthJerseyBankruptcy@gmail.com |
| Andrew M. Carroll | on behalf of Debtor Richard Salek AndrewCarrollEsq@gmail.com  SouthJerseyBankruptcy@gmail.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6