| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 22-10513 / MBK**

Richard Salek  
Michelle Salek

Petition Filed Date: 01/23/2022  
341 Hearing Date: 02/17/2022  
Confirmation Date: 08/24/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/22/2022 | $475.00 | 82862580 | 03/28/2022 | $475.00 | 83650250 | 04/26/2022 | $475.00 | 84204860 |
| 06/01/2022 | $800.00 | 84990680 | 06/16/2022 | $800.00 | 85319650 | 07/22/2022 | $800.00 | 86015580 |
| 08/18/2022 | $800.00 | 86560610 | 08/29/2022 | $200.00 | 86713810 | 09/01/2022 | $200.00 | 86794590 |
| 09/22/2022 | $1,000.00 | 87218090 | 10/04/2022 | $274.00 | 87392390 | 10/20/2022 | $1,000.00 | 87780310 |
| 10/28/2022 | $274.00 | 87922620 | 11/21/2022 | $800.00 | 88381330 | 11/28/2022 | $475.00 | 88431130 |
| 12/27/2022 | $1,274.00 | 89007580 | 01/20/2023 | $800.00 | 89499780 | 01/30/2023 | $475.00 | 89630750 |
| 02/27/2023 | $1,274.00 | 90173110 | | | | | | |

**Total Receipts for the Period: $12,671.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $12,671.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Richard Salek | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Andrew Carroll, Esq.<br>»» AMENDED DISCLOSURE 4/12/22 | Attorney Fees | $3,750.00 | $3,750.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $10,874.15 | $385.72 | $10,488.43 |
| 2 | INTERNAL REVENUE SERVICE<br>»» 2020-2021 TAX PERIODS | Priority Crediors | $3,531.09 | $3,531.09 | $0.00 |
| 3 | INTERNAL REVENUE SERVICE<br>»» PENALTY | Unsecured Creditors | $16.00 | $0.00 | $16.00 |
| 4 | PNC BANK<br>»» 2015 HYUNDAI SONATA | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 5 | MIDLAND CREDIT MANAGEMENT, INC<br>»» SYNCHRONY BANK/PAYPAL | Unsecured Creditors | $4,180.71 | $148.28 | $4,032.43 |
| 6 | LVNV FUNDING LLC | Unsecured Creditors | $6,171.69 | $218.92 | $5,952.77 |
| 7 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $3,358.42 | $119.11 | $3,239.31 |
| 8 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $2,824.95 | $100.19 | $2,724.76 |
| 9 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $5,946.79 | $210.94 | $5,735.85 |
| 10 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $1,147.89 | $40.72 | $1,107.17 |
| 11 | KOHL'S | Unsecured Creditors | $393.09 | $0.00 | $393.09 |

**Chapter 13 Case No. 22-10513 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  PRICELINE/BARCLAYS | Unsecured Creditors | $6,905.34 | $244.95 | $6,660.39 |
| 13 | DEPARTMENT STORE NATIONAL BANK<br>»»  MACY'S CC | Unsecured Creditors | $291.56 | $0.00 | $291.56 |
| 14 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $183.45 | $0.00 | $183.45 |
| 15 | SYNCHRONY BANK<br>»»  GAP | Unsecured Creditors | $4,455.11 | $158.03 | $4,297.08 |
| 16 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  J JILL | Unsecured Creditors | $757.90 | $26.88 | $731.02 |
| 17 | QUANTUM3 GROUP LLC AS AGENT<br>»»  TALBOTS | Unsecured Creditors | $1,268.89 | $45.01 | $1,223.88 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  HOME DEPOT | Unsecured Creditors | $1,305.71 | $46.31 | $1,259.40 |
| 19 | PNC Bank, N.A.<br>»»  P/8 CUMANA ST/1ST MTG | Mortgage Arrears | $1,211.72 | $1,211.72 | $0.00 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  HOME DEPOT | Unsecured Creditors | $5,388.24 | $191.13 | $5,197.11 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  ICON HEALTH & FITNESS | Unsecured Creditors | $1,233.39 | $43.75 | $1,189.64 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,671.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $10,472.75 | Current Monthly Payment: | $1,274.00 |
| Paid to Trustee: | $984.62 | Arrearages: | $72.00 |
| Funds on Hand: | $1,213.63 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*!  Register today at **www.ndc.org** or scan this code to get started.

