Office Mailing Address:
Albert Russo, Trustee
PO Box 4853
Trenton, NJ  08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 22-10513 / MBK**

Richard Salek
Michelle Salek

Petition Filed Date: 01/23/2022
341 Hearing Date: 02/17/2022
Confirmation Date: 08/24/2022

Case Status: Open / Confirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/20/2023 | $800.00 | 89499780 | 01/30/2023 | $475.00 | 89630750 | 02/27/2023 | $1,274.00 | 90173110 |
| 03/29/2023 | $1,274.00 | 90793360 | 04/24/2023 | $600.00 | 91267750 | 04/28/2023 | $674.00 | 91339270 |
| 05/22/2023 | $800.00 | 91779090 | 05/30/2023 | $474.00 | 91881660 | 06/23/2023 | $1,000.00 | 92365260 |
| 07/03/2023 | $274.00 | 92503750 | 07/20/2023 | $700.00 | 92837950 | 07/24/2023 | $574.00 | 92875350 |
| 08/21/2023 | $700.00 | 93368040 | 08/30/2023 | $574.00 | 93492320 | 09/21/2023 | $800.00 | 93911840 |
| 09/26/2023 | $474.00 | 93971770 | 10/20/2023 | $1,274.00 | 94412930 | 11/21/2023 | $700.00 | 94934900 |
| 11/27/2023 | $574.00 | 94993990 | 12/26/2023 | $1,274.00 | 95466940 | 01/24/2024 | $1,274.00 | 95966070 |

**Total Receipts for the Period:  $16,563.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing:  $26,685.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | | CLAIMS AND DISTRIBUTIONS | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Richard Salek | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Andrew M. Carroll, Esq. <br> »» AMENDED DISCLOSURE 4/12/22 | Attorney Fees | $3,750.00 | $3,750.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $10,874.15 | $2,647.62 | $8,226.53 |
| 2 | INTERNAL REVENUE SERVICE <br> »» 2020-2021 TAX PERIODS | Priority Creditors | $3,531.09 | $3,531.09 | $0.00 |
| 3 | INTERNAL REVENUE SERVICE <br> »» PENALTY | Unsecured Creditors | $16.00 | $0.00 | $16.00 |
| 4 | PNC BANK <br> »» 2015 HYUNDAI SONATA | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 5 | MIDLAND CREDIT MANAGEMENT, INC <br> »» SYNCHRONY BANK/PAYPAL | Unsecured Creditors | $4,180.71 | $1,017.90 | $3,162.81 |
| 6 | LVNV FUNDING LLC | Unsecured Creditors | $6,171.69 | $1,502.65 | $4,669.04 |
| 7 | LVNV FUNDING LLC <br> »» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $3,358.42 | $817.70 | $2,540.72 |
| 8 | LVNV FUNDING LLC <br> »» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $2,824.95 | $687.81 | $2,137.14 |
| 9 | LVNV FUNDING LLC <br> »» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $5,946.79 | $1,447.92 | $4,498.87 |
| 10 | LVNV FUNDING LLC <br> »» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $1,147.89 | $279.49 | $868.40 |
| 11 | KOHL'S | Unsecured Creditors | $393.09 | $95.71 | $297.38 |

**Chapter 13 Case No. 22-10513 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» PRICELINE/BARCLAYS | Unsecured Creditors | $6,905.34 | $1,681.30 | $5,224.04 |
| 13 | DEPARTMENT STORE NATIONAL BANK<br>»» MACY'S CC | Unsecured Creditors | $291.56 | $70.99 | $220.57 |
| 14 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $183.45 | $33.28 | $150.17 |
| 15 | SYNCHRONY BANK BY AIS INFOSOURCE LP<br>»» GAP | Unsecured Creditors | $4,455.11 | $1,084.71 | $3,370.40 |
| 16 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» J JILL | Unsecured Creditors | $757.90 | $184.53 | $573.37 |
| 17 | QUANTUM3 GROUP LLC AS AGENT<br>»» TALBOTS | Unsecured Creditors | $1,268.89 | $308.95 | $959.94 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» HOME DEPOT | Unsecured Creditors | $1,305.71 | $317.92 | $987.79 |
| 19 | PNC Bank, N.A.<br>»» P/8 CUMANA ST/1ST MTG | Mortgage Arrears | $1,211.72 | $1,211.72 | $0.00 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» HOME DEPOT | Unsecured Creditors | $5,388.24 | $1,311.92 | $4,076.32 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>»» ICON HEALTH & FITNESS | Unsecured Creditors | $1,233.39 | $300.31 | $933.08 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $26,685.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $22,283.52 | Current Monthly Payment: | $1,274.00 |
| Paid to Trustee: | $2,049.69 | Arrearages: | ($1,202.00) |
| Funds on Hand: | $2,351.79 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for *FREE*!  Register today at www.ndc.org or
scan this code to get started.**

