Office Mailing Address:
Albert Russo, Trustee
PO Box 4853
Trenton, NJ  08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 22-10513 / MEH**

Richard Salek
Michelle Salek

Petition Filed Date: 01/23/2022
341 Hearing Date: 02/17/2022
Confirmation Date: 08/24/2022

Case Status: Open / Confirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 01/24/2024 | $1,274.00 | 95966070 | 02/26/2024 | $1,274.00 | 96499540 | 03/21/2024 | $900.00 | 96942950 |
| 03/25/2024 | $374.00 | 96992710 | 04/17/2024 | $674.00 | 97387540 | 04/19/2024 | $300.00 | 97434880 |
| 04/29/2024 | $300.00 | 97522330 | 05/17/2024 | $774.00 | 97895890 | 06/03/2024 | $500.00 | 98086700 |
| 06/26/2024 | $775.00 | 98503010 | 06/28/2024 | $500.00 | 98536960 | 07/26/2024 | $1,274.00 | 98984470 |
| 08/21/2024 | $900.00 | 99386070 | 08/30/2024 | $374.00 | 99521400 | 09/20/2024 | $900.00 | 99871910 |
| 09/27/2024 | $374.00 | 99973000 | 10/23/2024 | $600.00 | 10038503 | 10/25/2024 | $300.00 | 10041636 |
| 11/01/2024 | $374.00 | 10051254 | 11/25/2024 | $600.00 | 10086747 | 12/02/2024 | $674.00 | 10095880 |
| 12/23/2024 | $1,274.00 | 10127663 | | | | | | |

**Total Receipts for the Period:  $15,289.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing:  $41,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---------|---------------|-------|--------------|-------------|-------------|
| | **CLAIMS AND DISTRIBUTIONS** | | | | |
| 0 | Richard Salek | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Andrew M. Carroll, Esq.<br>»» AMENDED DISCLOSURE 4/12/22 | Attorney Fees | $3,750.00 | $3,750.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $10,874.15 | $5,391.02 | $5,483.13 |
| 2 | INTERNAL REVENUE SERVICE<br>»» 2020-2021 TAX PERIODS | Priority Creditors | $3,531.09 | $3,531.09 | $0.00 |
| 3 | INTERNAL REVENUE SERVICE<br>»» PENALTY | Unsecured Creditors | $16.00 | $0.00 | $16.00 |
| 4 | PNC BANK<br>»» 2015 HYUNDAI SONATA | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 5 | MIDLAND CREDIT MANAGEMENT, INC<br>»» SYNCHRONY BANK/PAYPAL | Unsecured Creditors | $4,180.71 | $2,072.64 | $2,108.07 |
| 6 | LVNV FUNDING LLC<br>»» PAYPAL | Unsecured Creditors | $6,171.69 | $3,059.68 | $3,112.01 |
| 7 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $3,358.42 | $1,664.97 | $1,693.45 |
| 8 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $2,824.95 | $1,400.51 | $1,424.44 |
| 9 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $5,946.79 | $2,948.21 | $2,998.58 |
| 10 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $1,147.89 | $569.09 | $578.80 |

**Chapter 13 Case No. 22-10513 / MEH**

| 11 | KOHL'S | Unsecured Creditors | $393.09 | $186.80 | $206.29 |
|---|---|---|---|---|---|
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» PRICELINE/BARCLAYS | Unsecured Creditors | $6,905.34 | $3,423.43 | $3,481.91 |
| 13 | DEPARTMENT STORE NATIONAL BANK<br>»» MACY'S CC | Unsecured Creditors | $291.56 | $144.54 | $147.02 |
| 14 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $183.45 | $79.47 | $103.98 |
| 15 | SYNCHRONY BANK BY AIS INFOSOURCE LP<br>»» GAP | Unsecured Creditors | $4,455.11 | $2,208.69 | $2,246.42 |
| 16 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» J JILL | Unsecured Creditors | $757.90 | $375.74 | $382.16 |
| 17 | QUANTUM3 GROUP LLC AS AGENT<br>»» TALBOTS | Unsecured Creditors | $1,268.89 | $629.07 | $639.82 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» HOME DEPOT | Unsecured Creditors | $1,305.71 | $647.32 | $658.39 |
| 19 | PNC Bank, N.A.<br>»» P/8 CUMANA ST/1ST MTG | Mortgage Arrears | $1,211.72 | $1,211.72 | $0.00 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» HOME DEPOT | Unsecured Creditors | $5,388.24 | $2,671.28 | $2,716.96 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>»» ICON HEALTH & FITNESS | Unsecured Creditors | $1,233.39 | $611.47 | $621.92 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $41,500.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $36,576.74 | Current Monthly Payment: | $1,274.00 |
| Paid to Trustee: | $2,998.07 | Arrearages: | ($729.00) |
| Funds on Hand: | $1,925.19 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for *FREE*!  Register today at www.ndc.org or**
**scan this code to get started.**

