Office Mailing Address:
Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ  08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2025 to 02/19/2026
**Chapter 13 Case No. 22-10513 / MEH**

Richard Salek
Michelle Salek

Petition Filed Date: 01/23/2022
341 Hearing Date: 02/17/2022
Confirmation Date: 08/24/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/21/2025 | $400.00 | 10168656 | 01/21/2025 | $400.00 | 10171885 | 01/31/2025 | $474.00 | 10183079 |
| 02/28/2025 | $1,274.00 | | 04/04/2025 | $1,274.00 | | 04/25/2025 | $1,274.00 | |
| 05/27/2025 | $800.00 | I1XSLDBTT5-F | 05/30/2025 | $474.00 | I1XWLNH5B0-I | 06/23/2025 | $800.00 | I19GLFMNYP-I |
| 06/27/2025 | $474.00 | I190LCLYGQ-F | 08/01/2025 | $1,274.00 | I1DHF3XF06-P | 08/19/2025 | $1,000.00 | I1P8F2GN5N-F |
| 08/22/2025 | $134.00 | I1PLF8P0DJ-P | 08/29/2025 | $140.00 | I1PQFY66WX- | 09/19/2025 | $1,274.00 | I1NYF7P25Y-F |
| 10/31/2025 | $1,274.00 | I12KS9L55Q-P | 12/01/2025 | $1,274.00 | I117SGKC3Y-F | 12/23/2025 | $1,274.00 | I186SKQ5CN-F |
| 01/30/2026 | $1,274.00 | I85JCJHJ6B-P | | | | | | |

**Total Receipts for the Period:  $16,562.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing:  $57,262.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Richard Salek | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Andrew M. Carroll, Esq.<br>»» AMENDED DISCLOSURE 4/12/22 | Attorney Fees | $3,750.00 | $3,750.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $10,874.15 | $8,305.24 | $2,568.91 |
| 2 | INTERNAL REVENUE SERVICE<br>»» 2020-2021 TAX PERIODS | Priority Crediors | $3,531.09 | $3,531.09 | $0.00 |
| 3 | INTERNAL REVENUE SERVICE<br>»» PENALTY | Unsecured Creditors | $16.00 | $0.00 | $16.00 |
| 4 | PNC BANK<br>»» 2015 HYUNDAI SONATA | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 5 | MIDLAND CREDIT MANAGEMENT, INC<br>»» SYNCHRONY BANK/PAYPAL | Unsecured Creditors | $4,180.71 | $3,193.06 | $987.65 |
| 6 | LVNV FUNDING LLC<br>»» PAYPAL | Unsecured Creditors | $6,171.69 | $4,713.69 | $1,458.00 |
| 7 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $3,358.42 | $2,565.02 | $793.40 |
| 8 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $2,824.95 | $2,157.58 | $667.37 |
| 9 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $5,946.79 | $4,541.92 | $1,404.87 |
| 10 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $1,147.89 | $876.72 | $271.17 |

**Chapter 13 Case No. 22-10513 / MEH**

| | | | | | |
|---|---|---|---|---|---|
| 11 | KOHL'S | Unsecured Creditors | $393.09 | $300.23 | $92.86 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» PRICELINE/BARCLAYS | Unsecured Creditors | $6,905.34 | $5,274.02 | $1,631.32 |
| 13 | DEPARTMENT STORE NATIONAL BANK<br>»» MACY'S CC | Unsecured Creditors | $291.56 | $216.61 | $74.95 |
| 14 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $183.45 | $140.12 | $43.33 |
| 15 | SYNCHRONY BANK BY AIS INFOSOURCE LP<br>»» GAP | Unsecured Creditors | $4,455.11 | $3,402.63 | $1,052.48 |
| 16 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» J JILL | Unsecured Creditors | $757.90 | $578.85 | $179.05 |
| 17 | QUANTUM3 GROUP LLC AS AGENT<br>»» TALBOTS | Unsecured Creditors | $1,268.89 | $969.12 | $299.77 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» HOME DEPOT | Unsecured Creditors | $1,305.71 | $997.25 | $308.46 |
| 19 | PNC Bank, N.A.<br>»» P/8 CUMANA ST/1ST MTG | Mortgage Arrears | $1,211.72 | $1,211.72 | $0.00 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» HOME DEPOT | Unsecured Creditors | $5,388.24 | $4,115.32 | $1,272.92 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>»» ICON HEALTH & FITNESS | Unsecured Creditors | $1,233.39 | $942.01 | $291.38 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $57,262.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $51,782.20 | Current Monthly Payment: | $1,274.00 |
| Paid to Trustee: | $4,281.80 | Arrearages: | $71.00 |
| Funds on Hand: | $1,198.00 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for *FREE*!  Register today at www.ndc.org or**
**scan this code to get started.**

