UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

KML Law Group, P.C.
By: Matthew Fissel, Esq.
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
mfissel@kmllawgoup.com
Attorneys for Secured Creditor:
PNC BANK, NATIONAL ASSOCIATION

In Re:
Michelle Salek & Richard Salek,

Debtors

**Order Filed on July 22, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:  22-10513 EJO

Chapter:  13

Hearing Date: 7/1/2026 @ 9 a.m.

Judge:  Eamonn J. O'Hagan

## ORDER CURING POST-PETITION ARREARS & RESOLVING CERTIFICATION OF DEFAULT

      The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: July 22, 2026**

_____
Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Michelle Salek & Richard Salek
Case No:  NO. 22-10513 EJO
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING
CERTIFICATION OF DFAULT

_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, PNC BANK, NATIONAL ASSOCIATION, Matthew Fissel appearing, upon a certification of default as to real property located at 8 Cumana Street, Toms River, NJ, 08757, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Andrew M. Carroll, Esquire, attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED t**hat as of July 3, 2026, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payment due June 28, 2026, for a total post-petition default of $550.76; and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $550.76 will be paid by Debtors remitting $91.80 per month for five months and $91.76 for one month in addition to the regular monthly mortgage payment, which additional payments shall begin on August 1, 2026, and continue for a period of six months until the post-petition arrears are cured; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume July 28, 2026, directly to Secured Creditor's servicer (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Certification of Default is hereby resolved.